[No. 19989–7–I.  Division One.  August 15, 1988.]

KEITH JEFFERTS, ET AL, *Appellants,* v. SISTERS OF MERCY OF ALMA, MICHIGAN, *Respondent.*

Appeal from a judgment of the Superior Court for San Juan County, No. 5310, Howard A. Patrick, J., entered February 5, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, A.C.J., and Winsor, J.

[No. 20172–7–I.  Division One.  August 15, 1988.]

NELL ROBINSON, *Appellant,* v. SAN JUAN COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for San Juan County, No. 5334, Richard L. Pitt, J., entered March 23, 1987. *Reversed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Swanson and Pekelis, JJ.

[No. 19682–1–I.  Division One.  August 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER MICHAEL HUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–8–04773–7, Anthony P. Wartnik, J., entered December 1, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Winsor, JJ.